French 

## Tribunal Fédéral de Première Instance
### District Nord de New York

Etats-Unis d'Amérique
contre

Moussa Touati

Consentement à un jugement
devant un magistrat

Docket no. '96 ⸗ MG ⸗ 168

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR   6 1996

GEORGE A. RAY, Clerk
UTICA

Le magistrat des Etats-Unis m'a informé:

1. De la nature des poursuites et des accusations dont je suis accusé.

2. De mon droit de garder le silence.

3. Toute déclaration faite par moi peut être employée contre moi devant un tribunal.

4. Que j'ai le droit d'être représenté par un avocat de mon choix.

5. Si je ne suis pas financièrement en mesure d'obtenir les services dudit avocat, qu'un avocat sera désigné par ledit magistrat pour me représenter.

6. De mon droit à choisir de passer en jugement devant un juge du tribunal fédéral des Etats-Unis.

7. De mon droit quelconque d'avoir une enquête préliminaire  et de mon droit à choisir de passer en jugement devant un jurie.

8. Des peines maximums auxquelles je puis être condamné si je suis déclaré coupable.

9. De mon droit d'avoir au moins trente jours pour préparer pour le procès devant le magistrat.

Ayant été ainsi informé, je renonce auxdits droits et consens à un jugement devant un magistrat des Etats-Unis, sans avocat.

Date: April 6 , 19 96

Témoin:

Accusé