Tomati, Moussa
96-MG-168
(4)

RETURN

Defendant delivered on 4-10-96 to CLINTON CO. JAIL, 25 McCARTHY DRIVE, PLATTSBURGH, NY 12901 Jail the institution designated by the Attorney General with a certified copy of the within Judgement and Commitment.

EDWARD J. KELLY, US Marshal

By: _____

Title: _____

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 24 1996

GEORGE A. RAY, Clerk
UTICA